IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Steven S. Luoma and Kimberly D. Luoma, | ) ) ) | C/A No.: 3:09-3128-JFA |
| vs. | ) ) ) | ORDER GRANTING STAY |
| Walgreen Co. | ) ) ) | |

This matter comes before the court on the joint motion [dkt. # 8] of the parties to stay the case in order for the parties to comply with the prerequisites to suit found at S.C. Code Ann. § 15-79-110–130 (Supp. 2009). The court finds that a stay will best conserve the time and resources of the court and the parties and is appropriate under the circumstances. The case is hereby stayed until April 29, 2010, at which time the parties are directed to inform the court, through a filing on the docket, of the outcome of mediation, or file a motion to lift the stay, as appropriate.

IT IS SO ORDERED.

December 30, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge